UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Nesse and Tim Mackey as Trustees of the Minnesota Laborers Health and Welfare Fund; Tim Mackey and John Nesse as Trustees of the Minnesota Laborers Pension Fund; Tammy Braastad and Tim Mackey as Trustees of the Minnesota Laborers Vacation Fund; Fred Chase and Joe Fowler as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; Mark Ryan and Dave Borst as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust, the Minnesota Laborers Health and Welfare Fund, the Minnesota Laborers Pension Fund, the Minnesota Laborers Vacation Fund, the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, and the Minnesota Laborers Employers Cooperation and Education Trust, | Civil No. 18-1368 (DWF/BRT) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Wenrich PD Construction, LLC, | |
| Defendant. | |

Based upon the Notice of Dismissal filed by the Plaintiffs on June 6, 2018, (Doc. No. [5]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated:  June 7, 2018        s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge